IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00973-MSK

DEBRA A. SCHUMACHER,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the filing of a Joint Stipulation for Dismissal pursuant to the terms of Fed.R.Civ.P. 41(a)(1)(A)(ii) and 41(a)(1)(B) on April 3, 2012.

IT IS THEREFORE ORDERED that the above captioned matter is dismissed, without prejudice, each party to bear its own fees, costs and expenses. The oral argument set for June 21, 2012, is hereby VACATED.

DATED this 4th day of April, 2012.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge